# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2012

145603 & (85)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CITY OF HUNTINGTON WOODS,
   Plaintiff-Appellant/
   Cross-Appellee,

v

           SC: 145603
           COA: 301987
           Oakland CC: 07-087352-CZ

ORCHARD, HILTZ & MCCLIMENT, INC.,
   Defendant-Appellee/
   Cross-Appellant.

_____/

   On order of the Court, the application for leave to appeal the May 10, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The application for leave to appeal as cross-appellant is therefore moot and is DENIED.

   CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2012         _____

p1205                Clerk